UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No:   11-00213-3F7

DENISE NICOLE BRUSEN

_____ Debtor(s)./

### ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIM 1

This case is upon the Trustee's Objections to Claim 1.  The Objections to Claim was served on all interested parties pursuant to F.R.B.P. 3007 on September 26, 2011, and contained the M.D. FLA. L.B.R. 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service.  No party having filed an objection to the relief requested within the time permitted, the Court therefore considers the matter to be unopposed, and it is ORDERED:

The Trustee's objection to claim 1 filed by SunTrust Mortgage, Inc. as a secured claim is sustained.  The claim is disallowed, but the disallowance is without prejudice to the claimant's pursuit of whatever rights it may have in its collateral.

DATED this   3   day of November, 2011 in Jacksonville, Florida.

**JERRY A. FUNK**
**United States Bankruptcy Judge**

Copies furnished to:

Gordon P. Jones, Trustee, P. O. Box 600459, Jacksonville, FL 32260
Denise Nicole Brusen, 3734 Iceni Court, Middleburg, Fl 32068
John J Freeman, Labella Law, 1665 Kingsley Avenue, Suite 108, Orange Park, Fl 32073
Office of United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801
SunTrust Mortgage, Inc., Attn.: Kaitlin Sutherland, Bkcy Support, Bankruptcy Dept. RVW
    3034, PO Box 27767, Richmond, VA 23261