UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                                    CASE NO. 11-00213-3F7

BRUSEN, DENISE NICOLE

                                    Debtor(s)./

**APPLICATION OF TRUSTEE FOR COMPENSATION AND EXPENSES**

   The Application of GORDON P. JONES, brought pursuant to §330 of the Bankruptcy Code, respectfully shows that he is the duly appointed Trustee for the Estate and that all the assets of the Debtor(s) have been liquidated or disposed of by the Trustee.  There came into the hands of the applicant as Trustee the total sum of $2,064.56 for disbursement or turned over by him to parties in interest, excluding the Debtor(s), but including holders of secured claims.

   In the administration of the estate, Applicant has performed those duties required by a Trustee and more fully reflected on the attached Schedule, and deems it reasonably worth $516.14. The Statutory allowance is $516.14.

   Your applicant has not in any form agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding or in connection with this proceeding to which services applicant has not contributed (other than a law partner or forwarding attorney-at-law).  Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest in this proceeding for the purposes of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

   As said Trustee, your applicant has paid out of his own funds the following costs and expenses, more fully itemized on the attached Schedule, properly chargeable to said estate, none of which have been repaid, and for which he requests reimbursement:

| | |
|---|---:|
| Postage | $34.64 |
| Photocopy/Duplication Expense 411 at $0.25 | $102.75 |
| Total | **$137.39** |

DATED this 9TH day of November, 2011

                    /s/ GORDON P. JONES
                    GORDON P. JONES
                    Post Office Box 600459
                    Jacksonville, FL  32260-0459
                    Florida Bar #:829439
                    (904) 262-7373
                    Trustee

cc:  U.S. Trustee

**TRUSTEE'S DUTIES - SCHEDULE A**

The duties of the trustee may include, but are not limited to, the following activities in the administration of this Chapter 7 estate:

Receipt and review of petition, schedules and statements from Bankruptcy court; record case into case log and computer management software system ("TCMS"); prepare and complete case summary form; organize new case file.  Prepare initial contact letter to debtor(s) regarding their duties under the Bankruptcy Code and identify documents to be reviewed by Trustee.  Receipt and review of notice of commencement; determine whether case is noticed as an asset case; calendar first meeting of creditors, deadline for filing objections to discharge and bar date, if any; update TCMS; file notice.  Review schedules and statements; investigate financial affairs of debtor(s).  Telephone and/or physical meeting with debtor(s) and debtor(s) counsel, if applicable.  On-site visit to debtor residence or business to view assets of estate and/or secure premises.  Review of case file, petition and schedules and documents received from debtor(s); formulate questions and areas of inquiry for meeting of creditors.  Attend and conduct first meeting of creditors; prepare, copy and file meeting of creditors proceeding memo.  Review case and make determination whether assets exist for possible distribution to creditors; update TCMS; list assets and assigned values and exemptions on TCMS for preparation of Form 1-Property Record Report and Form 2-Cash Receipts Report; reorganize file for administration of asset case.  Receipt and review of discharge of debtor; update TCMS; file same.  Telephone calls and correspondence to appraisers, auctioneers, accountants, special attorneys and other professionals employed by the estate.  Attendance at public auction.  Conduct of public and/or private auction.  Review of fee applications filed by professionals employed by the estate.  Open estate trust account, obtain account number and assign taxpayer identification number; prepare documentation for new bank account; update TCMS.  Receipt of payment(s) from debtor(s), adverse party or other entity on behalf of estate; log payment(s); prepare deposit slip(s); update TCMS.  Receipt and review of monthly bank statements and reconcile bank accounts; update TCMS and file statements.  Monitor and police monthly payment plans; prepare delinquency notices to collect delinquent payments; prepare statutory NSF check demand letter.  Prepare and file request for asset notice, if necessary.  Receipt and review of notice of deadline for filing proofs of claim; update TCMS and file same.  Review of claims docket and claims filed in estate; formulate and note objections, if any; update TCMS.  Telephone conferences with and letters to bank official regarding status of trust account.  Preparation of 180 day reports to Office of U.S. Trustee.  Complete review of file in preparation of preliminary report; preparation of preliminary report, estate property report, cash receipts and disbursements record, analysis of claims register, and application for Trustee's fees and expenses.  Coordinate review and approval of preliminary report with Office of U.S. Trustee and Court.  Prepare proposed Order Directing Disbursement of Funds.  Make disbursement to creditors per Court order.  Monitor negotiation of disbursement checks.  Issue stop payment or void check requests; reissue when necessary.  Prepare and file final report of estate.  Various telephone conferences with debtor(s), debtor(s)' counsel, creditors and parties in interest.  Receipt and review and filing of various items of correspondence, notices, motions and orders.  Periodic file status reviews.

Case 3:11-bk-00213-JAF    Doc 27    Filed 11/10/11    Page 3 of 3

|  |  | Copy Number | Total Cost | Postage Number | postage @ | Total Cost | Grand Total |
|---|---|---|---|---|---|---|---|
|  | EXPENSE WORKSHEET |  |  |  |  |  |  |
| **Denise N. Brusen** |  |  |  |  |  |  |  |
| **11-00213** |  |  |  |  |  |  |  |
| 3/12/11 | Voluntary Petition | 49 | $12.25 |  |  |  | $12.25 |
| 3/12/11 | Lexis Nexis report | 26 | $6.50 |  |  |  | $6.50 |
| 3/12/11 | Initial contact letter | 6 | $1.50 | 2 | $0.44 | $0.88 | $2.38 |
| 3/12/11 | Application to Employ Gordon Jones, Attorney | 3 | $0.75 |  |  |  | $0.75 |
| 3/12/11 | Objection to Exemptions | 3 | $0.75 | 2 | $0.44 | $0.88 | $1.63 |
| 3/12/11 | Motion for Turnover of Property combined with Notce of Hearing | 6 | $1.50 | 2 | $0.44 | $0.88 | $2.38 |
| 3/12/11 | Letter to Debtor requesting tax return | 3 | $0.75 | 2 | $0.44 | $0.88 | $1.63 |
| 3/28/11 | Letter to Debtor regarding tax refund | 3 | $0.75 | 2 | $0.44 | $0.88 | $1.63 |
| 4/4/11 | Notice of Intent to Sell | 60 | $15.00 | 29 | $0.44 | $12.76 | $27.76 |
| 9/26/11 | Objection to Claim 1 | 6 | $1.50 | 2 | $0.44 | $0.88 | $2.38 |
| 11/9/11 | Report of Payment Completion | 2 | $0.50 | 1 | $0.44 | $0.44 | $0.94 |
|  | Annual Report, checks received, bank statements | 34 | $8.50 |  |  |  | $8.50 |
|  | Trustee's Final Report | 50 | $12.50 | 1 | $1.00 | $1.00 | $13.50 |
|  | Notice of Final Report (5 pages x # creditors) | 145 | $36.25 | 29 | $0.44 | $12.76 | $49.01 |
|  | Mailing of dividend checks |  |  | 4 | $0.44 | $1.76 | $1.76 |
|  | Final Account | 15 | $3.75 | 1 | $0.64 | $0.64 | $4.39 |
|  | **TOTALS** | 411 | $102.75 | 77 | $6.04 | $34.64 | $137.39 |