UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BRUSEN, DENISE NICOLE § Case No. 11-00213 3F7
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GORDON P. JONES_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-00213   3F7   Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES |
|---|---|---|---|
| Case Name: | BRUSEN, DENISE NICOLE | Date Filed (f) or Converted (c): | 01/13/11 (f) |
| | | 341(a) Meeting Date: | 02/24/11 |
| For Period Ending: 11/09/11 | | Claims Bar Date: | 06/16/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE @ 3734 ICENI CT, MIDDLEBURG, FL | 101,109.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING/SAVINGS ACCOUNT | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS APPLIANCES | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS AUDIO-VIDEO | 40.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS ($8.33 NPS) OFFICE | 100.00 | 100.00 | | 100.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS ($8.33 NPS) FURNITURE: LIVING ROOM | 150.00 | 100.00 | | 100.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS ($8.33 NPS) FURNITURE: BEDROOM | 150.00 | 100.00 | | 100.00 | FA |
| 8. BOOKS, PICTURES, OR COLLECTIONS | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. WOMEN'S CLOTHING | 75.00 | 0.00 | DA | 0.00 | FA |
| 10. JEWELRY ($41.67 NPS) | 400.00 | 500.00 | | 500.00 | FA |
| 11. JEWELRY - WEDDING RING ($83.33 NPS) | 800.00 | 1,000.00 | | 1,000.00 | FA |
| 12. EDUCATION IRA | 878.00 | 0.00 | DA | 0.00 | FA |
| 13. RETIREMENT TE: TSA ANNUITY | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14. ANIMALS | 50.00 | 0.00 | DA | 0.00 | FA |
| 15. 2010 FEDERAL INCOME TAX REFUND (u) | Unknown | 264.50 | | 264.50 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.06 | FA |
| TOTALS (Excluding Unknown Values) | $105,902.00 | $2,064.50 | | $2,064.56 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/12/11 - OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS.
04/12/11 - MOTION FOR TURNOVER OF PROPERTY (JEWELRY, CAMERA, ETC.; PRO-RATA PORTION OF 2010 TAX REFUND) WITH HEARING SCHEDULED FOR 4/6/11 @ 1:30 P.M.
04/12/11 - 2010 TAX RETURN LETTER.
03/14/11 - ORDER EMPLOYING GORDON JONES AS ATTORNEY FOR THE ESTATE.
03/14/11 - RECEIPT OF LETTER FROM ATTORNEY WITH OFFER OF $1,800.
03/17/11 - EMAIL TO ATTORNEY PROPOSED CONSENT ORDER GRANTING TURNOVER ($1,800 @ $150 MO BEG 4/15/11, PLUS TURNOVER 2010 TAX REFUND).
03/22/11 - RECEIPT OF DEBTOR'S 2010 TAX RETURN FILED JOINTLY WITH NON-DEBTOR SPOUSE INDICATING REFUND OF $613.
03/22/11 - LETTER TO DEBTOR ADVISING ESTATE'S PORTION OF TAX REFUND (BASED ON HER WITHHOLDING) IS $264.50.
03/29/11 - ORDER GRANTING TURNOVER ($1,800 @ $150 MO BEG 4/15/11, PLUS TURNOVER 2010 TAX REFUND).
04/04/11 - NOTICE OF PRIVATE SALE ($1,800 @ $150 MO BEG 4/15/11).
07/02/11 - CLAIMS EXAMINED, OBJECTIONS TO BE FILED.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-00213   3F7   Judge: JERRY A. FUNK | Trustee Name:   GORDON P. JONES |
| Case Name: | BRUSEN, DENISE NICOLE | Date Filed (f) or Converted (c):   01/13/11 (f) |
| | | 341(a) Meeting Date:   02/24/11 |
| | | Claims Bar Date:   06/16/11 |

09/26/11 - OBJECTION TO CLAIM 1.
11/03/11 - ORDER ON CLAIM 1 .
11/09/11 - WITHDRAWAL OF OBJECTIONS TO EXEMPTIONS.
11/09/11 - REPORT OF SALE COMPLETION.

Initial Projected Date of Final Report (TFR): 05/01/12     Current Projected Date of Final Report (TFR): 05/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-00213 -3F7 | Trustee Name: | GORDON P. JONES |
|---|---|---|---|
| Case Name: | BRUSEN, DENISE NICOLE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2991 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0201 | | |
| For Period Ending: | 11/09/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/11 | 15 | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | TURNOVER OF TAX REFUND | 1224-000 | 264.50 | | 264.50 |
| 04/08/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 150.00 | | 414.50 |
| 05/17/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 150.00 | | 564.50 |
| 06/17/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 150.00 | | 714.50 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 714.51 |
| 07/11/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 800.00 | | 1,514.51 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,514.52 |
| 08/23/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 150.00 | | 1,664.52 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,664.53 |
| 09/22/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10, 11 | 1129-000 | 150.00 | | 1,814.53 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,814.54 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,814.56 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.31 | 1,812.25 |
| 11/02/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 11 | 1129-000 | 150.00 | | 1,962.25 |
| 11/04/11 | * NOTE * | DENISE NICOLE BRUSEN 3734 ICENI COURT MIDDLEBURG, FL  32068 | EXTENDED SALE AGREEMENT * NOTE *  Properties 5, 6, 7, 10 | 1129-000 | 100.00 | | 2,062.25 |
| 11/08/11 | | Transfer to Acct #*******4778 | Final Posting Transfer | 9999-000 | | 2,062.25 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-00213 -3F7 | Trustee Name: | GORDON P. JONES |
| Case Name: | BRUSEN, DENISE NICOLE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******4778  Checking - Non Interest |
| Taxpayer ID No: | *******0201 | | |
| For Period Ending: | 11/09/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | | Transfer from Acct #*******2991 | Transfer In From MMA Account | 9999-000 | 2,062.25 | | 2,062.25 |

**Total Of All Accounts   2,062.25**

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

PFORM24

Ver: 16.04e

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 09, 2011 |

Case Number: 11-00213  
Debtor Name: BRUSEN, DENISE NICOLE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 | SUNTRUST MORTGAGE INC<br>BANKRUPTCY DEPARTMENT RVW 3034<br>P.O BOX 27767<br>RICHMOND VA 23261 | Secured | | $128,345.28 | $0.00 | $128,345.28 |
| 000002<br>070<br>7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,208.57 | $0.00 | $7,208.57 |
| 000003<br>070<br>7100-00 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured | | $998.31 | $0.00 | $998.31 |
| 000004<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $10,351.96 | $0.00 | $10,351.96 |
| 000005<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $9,002.79 | $0.00 | $9,002.79 |
| | Case Totals: | | | $155,906.91 | $0.00 | $155,906.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGISTR UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Printed: 11/09/11 04:32 PM    Ver: 16.04e

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-00213 3F7  
Case Name: BRUSEN, DENISE NICOLE  
Trustee Name: GORDON P. JONES  

      Balance on hand                                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GORDON P. JONES | $ | $ | $ |
| Trustee Expenses: GORDON P. JONES | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses       $_____  
    Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | State Farm Bank | $ | $ | $ |
| 000003 | Us Dept Of Education | $ | $ | $ |
| 000004 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000005 | Capital Recovery III LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE